| Date | | Entry |
|---|---|---|
| 4/9/70 | 1 | Filed Motion of General Tire & Rubber Co. for consolidation under §1407 in District of Delaware of single actions from Mich., E., N.Y., S. and Va., W. - Also Memorandum in Support of Motion and Proof of Service. |
| 4/14/70 | 2 | Filed ltr fr. pl/def Isocyanate Products & Murphy Body Works requesting ext. of time to & incl. June 8, 1970 for responding to motion. |
| 4/20/70 | | Entered ORDER EXTENDING TO & INCL. JUNE 8, 1970 the time for filig ALL responses to motion for transfer. Copies to all counsel. |
| 4/22/70 | 3 | Motion for Extension of Time by def. Jefferson Chemical Co., Inc. See 4/20/70 entry granting to 6/8/70 time for responding to motion. |
| 5/27/70 | 4 | Ltr (w. order of Judge Bryan transferring S.D. N.Y. No. 68 Civ 1227 to Delaware and memorandum) from Attorneys for General Tire & Rubber Co. |
| 5/28/70 | | FILED HEARING ORDER sent to all counsel and involved judges, and hearing clerk. Hearing set for June 26, 1970, Washington, D.C. |
| 6/8/70 | 5 | Response of Isocyanate Products (w/Memorandum); proof of service. |
| 6/8/70 | 6 | Statement of the Upjohn Company (w/Proof of Service) |
| 6/8/70 | 7 | Response (w/Memo & Proof of Service) of Defendant Wyandotte Chemcals Corp. |
| 6/10/70 | 8 | Ltr/response of Olin Corporation advising no oppostion to motion. |
| 6/10/70 | 9 | Response of Jefferson Chemical Co., Inc. |
| 6/12/70 | 10 | Ltr/request for ext. of time of General Tire & Rubber Co. |
| 6/12/70 | | ORDER granting ext. of time to & incl. 6/19 for filing reply brief. |
| 6/15/70 | 11 | Ltr/response of Reichhold Chemicals, Inc. |
| 6/17/70 | 12 | Reply Memorandum of General Tire & Rubber Company. |
| 7/21/70 | | CONSENT of Judge Wright for assignment of litigation to Delaware. |
| 7/21/70 | | OPINION of JPML to consolidate litigation in District of Delaware and assign it to Judge Caleb M. Wright. One action transferred from Michigan E.; and one action from Virginia, W. (per curiam) Copies to transferee and transferor clerks and judges; members of the Panel; interested publishers; and hearing clerk. |

*316 F Supp 977*

DOCKET NO. 46

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT LITIGATION INVOLVING FROST PATENT

*miscellaneous no.* *Docket Closed*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | The General Tire & Rubber Company v. Reichhold Chemicals, Inc. | Delaware 3867 | Wright | Delaware | Des 10/5/76 |
| A-2 | The General Tire & Rubber Company v. Diamond Shamrock Corporation | Delaware 3868 | | | Des 10/5/76 |
| A-3 | The General Tire & Rubber Company v. The Upjohn Company | Delaware 3866 | | | Des 10/5/76 |
| A-4 | The General Tire & Rubber Company v. Isocyanate Products, Inc. | Delware 3183 | Wright | | 3183 & 3184 consolidated for trial by court order |
| A-5 | Isocyanate Products, Inc. and Murphy Body Works, Inc. v. The General Tire & Rubber Company | Delaware 3184 | " | | 10/5/76 |
| A-6 | The General Tire & Rubber Company v. Wyandotte Chemicals Corporation | Mich., E. 34666 | Smith | 7/21/70 | Des 10/5/76 |
| A-7 | The General Tire & Rubber Company v. Jefferson Chemical Company, Inc. | ~~N.Y., S.~~ ~~68 Civ 1227~~ Delaware 3910 | Delaware | | Transferred to Delaware 9/10/5/76 4/8/70 |
| A-8 | The General Tire & Rubber Company v. Olin Corporation | Va., W. 70-C-29-A | Dalton | 7/21/70 | Des 10/5/76 |
| | BASF Wyandotte Corp. v. The General Tire & Rubber Co. | Delaware 4665 | | | Des 10/5/76 |
| | Olin Corp. v. The General Tire & Rubber Co. | Delaware 4685 | | | Des 10/5/76 |

3943 on appeal
7/8/75 - See P.T.

✱ Final Judgment by J. Wright on June 5, 1975

DOCKET NO. 46

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

MULTIDISTRICT LITIGATION INVOLVING FROST PATENT

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Connolly, Bove & Lodge<br>The Farmers Bank Building<br>Wilmington, Delaware 19899 — DEF in A-5 | S. Leslie Misrock, Esquire<br>Pennie, Edmonds, Morton, Taylor & Adams<br>330 Madison Avenue<br>New York, New York 10017 |
| A-2 | | Diamond Shamrock Corporation<br>c/o Corporation Trust Company<br>100 West 10th Street<br>Wilmington, Delaware |
| A-3 | | The Upjohn Company<br>c/o The Prentice-Hall Corporation<br>  System, Inc.<br>229 South State Street<br>Dover, Delaware |
| A-4<br>A-5 | | C. Walter Mortensen, Esquire<br>Delaware Trust Building<br>Wilmington, Delaware 19801<br>  (For Isocyanate Products &<br>  Murphy Body Works) DEF - A-4 / PLTF - A-5 |
| A-6 | Davidson, Gotshall, Halsey, Kohl,<br>  Nelvson, Secrest & Wardle<br>2000 First National Building<br>Detroit, Michigan 48226 | See page 2   (**) |
| A-7 | Herbert Blecker, Esquire<br>Watson, Leavenworth, Kelton<br>  & Taggart<br>100 Park Avenue, N.Y., N.Y. 10017 | Kane, Dalsimer, Kane, Sullivan & Kurucz<br>Suite 2710, 420 Lexington Avenue<br>New York, New York 10017   (*) |
| A-8 | Woods, Rogers, Muse, Walker & Thornton<br>Blake Building<br>105 Franklin Road, S. W.<br>Roanoke, Virginia 24004<br>  Same as A-7 (Watson firm); also<br>Frank C. Rote, Esquire<br>One General Street<br>Post Office Box 951<br>Akron, Ohio 44309 | J. Donald Tierney, Esquire<br>McLean, Morton & Boustead<br>14 W. 49th Street<br>New York, New York 10020<br><br>(*) also<br>  James R. Sweeney, Esquire<br>  20 No. Wacker Drive<br>  Chicago, Illinois 60606<br><br>(**) Also<br>  Gordon W. Hueschen, Esquire<br>  710 American National Bank Bldg.<br>  Kalamazoo, Michigan 49006 |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-6 cont. | ADDITIONAL COUNSEL<br>J. Robert Stapleton, Esq.<br>Hofgren, Wegner, Allen,<br>Stellman & McCord<br>2200 Opera Bldg.<br>20 N. Wacker Dr.<br>Chicago, Ill. 60606 | Dahlberg, Mallenger & Gawune<br>~~1022~~   Of counsel<br><br>Henry J. Zafian, Esquire<br>Fish & Neave<br>277 Park Avenue<br>New York, New York  10017<br><br>~~General Tire & Rubber Co.~~<br>~~Frank C. Rote, Jr., Esquire~~<br>~~General Patent Counsel~~<br>~~General Tire & Rubber Company~~<br>~~Akron, Ohio~~<br><br>THE UPJOHN COMPANY<br>Warren D. McPhee, Esquire<br>Mason, Kolehmainen, Rathburn & Wyss<br>20 North Wacker Drive<br>Chicago, Illinois  60606 |